UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

      v.

                          Case No.  10-cr-126-01-SM

<u>Erick Ramirez,</u>
    Defendant

## O R D E R

Defendant Ramirez's motion to continue the final pretrial conference and trial is granted (document no. 10).  Trial has been rescheduled for the month of March 2011.  Defendant Ramirez shall file a waiver of speedy trial rights not later than November 29, 2010.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 11, 2011 at 3:30 p.m.

Jury selection will take place on March 22, 2011 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

November 19, 2010

cc:  Charles J. Keefe, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation