UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
    Plaintiff

    v.
                                        Case No.  10-cr-126-01-SM

Erick Ramirez,
    Defendant


O R D E R


Defendant Ramirez's motion to continue the final pretrial conference and trial is granted (document no.13). Trial has been rescheduled for the May 2011 trial period. Defendant Ramirez shall file a waiver of speedy trial rights not later than March 21, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 6, 2011 at 1:30 p.m.

Jury selection will take place on May 17, 2011 at 9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe
                                                Chief Judge

March 10, 2011

cc:   Charles J. Keefe, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation